No. 699. WILLIAMS v. OVERHOLSER, SUPERINTENDENT. April 22, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. Petitioner *pro se.* *Solicitor General McGrath* and *Robert S. Erdahl* for respondent.

No. 740. McGREGOR v. RAGEN, WARDEN. April 22, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 755. GRECO v. PARKER, WARDEN. April 22, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 853. COOK v. HOWARD, WARDEN. April 22, 1946. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 883. KNIGHT v. OHIO. April 22, 1946. Petition for writ of certiorari to the Supreme Court of Ohio denied. *E. B. Wetherill* and *W. B. Price* for petitioner.

No. 885. HICKMAN, ADMINISTRATOR, v. TAYLOR ET AL., TRADING AS TAYLOR & ANDERSON TOWING & LIGHTERAGE CO., ET AL. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Abraham E. Freedman* for petitioner. *Samuel B. Fortenbaugh, Jr.* for respondents.